## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GABRIEL A. LEVY, P.C., d/b/a MY DEBT LAWYERS<br><br>*Defendant*. | Case No. 3:25-cv-00502 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 1st, 2025

                                            By: */s/ Jeremy C. Jackson*
                                                 Jeremy C. Jackson (PA Bar No. 321557)
                                                 BOWER LAW ASSOCIATES, PLLC
                                                 403 S. Allen St., Suite 210
                                                 State College, PA 16801
                                                 Tel.: 814-234-2626
                                                 jjackson@bower-law.com